UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ISAIAH BARNES,

                Plaintiff,

         -against-

CITY OF NEW YORK, Police Officer DAVID
GRIZZLE, Shield No. 29841; Police Officer
IKENNA AKOBUNDU, Shield No. 20076; and
JOHN and JANE DOE 3 through 10, individually and
in their official capacities, (the names John and Jane
Doe being fictitious, as the true names are presently
unknown),

                Defendants.
-------------------------------------------------------------X

**STIPULATION OF
SETTLEMENT AND ORDER OF
DISMISSAL**

10 CV 5450 (SJ)(LB)

      **WHEREAS,** plaintiff commenced this action by filing a complaint on or about

November 23, 2010, alleging that the defendants violated plaintiff's federal civil and state

common law rights; and

      **WHEREAS,** plaintiff filed an amended complaint on or about March 7, 2011,

alleging that the defendants violated plaintiff's federal civil and state common law rights; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability; and

      **WHEREAS,** plaintiff ISAIAH BARNES has authorized his counsel to settle this

matter on the terms set forth below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, as follows:

      1.     The above-referenced action is hereby dismissed against defendants, with

prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in

paragraph "2" below.

2.     The City of New York hereby agrees to pay plaintiff ISAIAH BARNES

the sum of Seven Thousand and Five Hundred ($7,500.00) Dollars in full satisfaction of all

claims, including claims for costs, expenses and attorneys' fees, except for the claims of plaintiff

ISAIAH BARNES as they pertain to the matter of Abdul Kabba, et al. v. City of New York, et

al., 10 CV 5606 (JG)(ALC).  In consideration for the payment of this sum,  plaintiff agrees to

dismissal of all claims against the defendants City of New York, David Grizzle and Ikenna

Akobundu and to release the defendants City of New York, David Grizzle and Ikenna

Akobundu, and any present or former employees and agents of the City of New York or any

agency thereof, from any and all liability, claims, or rights of action which were or could have

been alleged in this action, including claims for costs, expenses, and attorneys' fees, except for

the claims of plaintiff ISAIAH BARNES as they pertain to the matter of Abdul Kabba, et al. v.

City of New York, et al., 10 CV 5606 (JG)(ALC).

3.     Plaintiff shall execute and deliver to defendant's attorneys all documents

necessary to effect this settlement, including, without limitation, a General Release based on the

terms of paragraph 2 above and an Affidavit of Status of Liens.  If Medicare has provided

payment and/or benefits for any injury or condition that is the subject of this lawsuit,  prior to

tendering the requisite documents to effect this settlement, Plaintiff shall have notified Medicare

and shall submit with the settlement documents a Medicare final demand letter for conditional

payments.  A Medicare Set-Aside Trust may also be required if future anticipated medical costs

are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through

411.26.

4.     Nothing contained herein shall be deemed to be an admission by the

defendants that they in any manner or way violated plaintiff's rights, or the rights of any other

person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless defendants City of New York, David Grizzle and Ikenna Akobundu regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7.      This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         July 19, 2011


Gabriel P. Harvis, Esq.                    MICHAEL A. CARDOZO
Harvis & Saleem, LLP                       Corporation Counsel of the
*Attorneys for Plaintiff*                    City of New York
305 Broadway, 14th Floor                   *Attorney for Defendants*
New York, New York  10007                  100 Church Street, Rm. 3-199
(212) 323-6880                             New York, New York 10007
                                           (212) 227-0414


By: _____               By: _____
      GABRIEL HARVIS (GH2772)                    KARL J. ASHANTI (KA 4547)
                                                 Assistant Corporation Counsel




                                           SO ORDERED:


                                           _____
                                           U.S.D.J.